# United States District Court
# Central District of California

| | |
|---|---|
| PATRICIA FILARDI, an individual,<br><br>                  Plaintiff,<br><br>    v.<br><br>STARBUCKS # 8709, a business of unknown form; BR INDIO, LLC, a California Limited Liability Company; and DOES 1-10, inclusive,<br><br>                  Defendants. | Case No. 5:18-CV-00404-ODW-SP<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT [24]** |

## I.    INTRODUCTION

On May 23, 2018, Patricia Filardi filed an Application for Default Judgment against Defendants, Starbucks #8709 and BR Indio, LLC. (ECF No. 22.) However, Filardi did not comply with the procedural requirements set forth in Central District Local Rule 55-1. For the reasons discussed below, the Court **DENIES** Filardi's Motion for Default Judgment. (ECF No. 22.)

## II.    LEGAL STANDARD

When applying to the Court to enter default judgment, Local Rule 55-1 requires that the movant submit a declaration establishing (1) when and against which party

default was entered; (2) the pleading to which default was entered; (3) whether the defaulting party is an infant or incompetent person; (4) that the Servicemembers Civil Relief Act (50 U.S.C. App. § 521) does not apply; and (5) that notice has been served on the defaulting party, if required by F.R.Civ.P. 55(b)(2). The Ninth Circuit also requires an analysis of factors laid out in *Eitel v. McCool*, 782 F.2d 1470, 1471–72 (9th Cir. 1986). However, the Court declines to address those factors because Filardi failed to comply with the procedural requirements.

## III. DISCUSSION

On May 23, 2018, the Court took Filardi's Application under submission, and determined it was sufficient for determination without oral argument. Fed. R. Civ. P. 78(b); C.D. Cal. L.R. 7-15. Filardi's Application stated that at the time and place of the hearing, Filardi would present proof that the Defendants were neither minors, incompetent persons, in military service, or otherwise exempted under the Servicemembers Civil Relief Act. (ECF No. 22.)

On June 6, 2018, the Court ordered Filardi to show cause why she had not submitted a declaration attesting to the facts set forth in Local Rule 55-1. (ECF No. 23.) The Court explained that Filardi could meet her obligation by submitting a declaration in conformance with Local Rule 55-1 by June 12, 2018, and that if she did not, the Court would deny her Application. (*Id.*) To date, Filardi has not complied with the Court's Order. Accordingly, the Court **DENIES** her Application for Default Judgment for failure to comply with the Local Rules.

## IV. CONCLUSION

For the reasons discussed above, the Court **DENIES** Filardi's Motion for Default Judgment, without prejudice. To the extent Filardi can meet her burden under the Local Rules, she may refile her Application.

///

///

///

Failure to do so before **June 22, 2018**, will result in dismissal of her action without prejudice.

**IT IS SO ORDERED.**

June 14, 2018

                                      _____
                                             **OTIS D. WRIGHT, II**
                                     **UNITED STATES DISTRICT JUDGE**